**FILED**

JUN 0 4 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF VESTA FERN ANDERSON; SPENCER N. ANDERSON; BOS HAY & GRAIN LLC; and BAXTER RANCH HOLDINGS, LTD.,<br><br>Defendants. | No. CV 18-21-BU-SEH<br><br>**ORDER** |

A Complaint to Reduce Federal Tax Assessments to Judgment and Foreclose Tax Lien was filed on March 14, 2018.[1] Summons were issued as to all Defendants on March 14, 2018.[2]

---

[1] Doc. 1.

[2] Docs. 2-5.

The Estate of Vesta Fern Anderson and Spencer Anderson filed an Answer to the Complaint on April 26, 2018.[3] Baxter Ranch Holdings, LTD, filed an Answer to the Complaint on May 8, 2018.[4]

On June 4, 2018, Plaintiff filed Proof of Service, showing service of summons on Bos Hay & Grain, LLC, ("Bos") on April 9, 2018.[5] An Answer was due from Bos on or before April 30, 2018. No answer has yet been filed.

ORDERED:

Plaintiff forthwith shall take all steps necessary and appropriate to either move for default of Defendant Bos or to dismiss it from the case.

DATED this 4th day of June, 2018.

SAM E. HADDON
United States District Judge

---

[3] Doc. 6.

[4] Doc. 7.

[5] Doc. 9 at 2.