IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
JUN 0 7 2018
Clerk, U.S. District Court
District Of Montana
Helena

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF VESTA FERN ANDERSON; SPENCER N. ANDERSON; BOS HAY & GRAIN LLC; and BAXTER RANCH HOLDINGS, LTD.,<br><br>Defendants. | No. CV 18-21-BU-SEH<br><br>ORDER |

Before the Court is Plaintiff's Motion for Relief from Order.[1] On June 7, 2018, the Court conducted a conference call with counsel for Plaintiff, the Estate of Vesta Fern Anderson, Spencer N. Anderson, and Baxter Ranch Holdings, LTD.

ORDERED:

1. Plaintiff's Motion for Relief from Order[2] is DENIED in part.

---

[1] Doc. 11.

[2] Doc. 11.

2. On or before July 6, 2018, counsel for all parties shall meet and confer and propose to the Court, by stipulation, a specific program for address and resolution of all issues relevant to Bos Hay & Grain LLC's interest as a party in this action.

DATED this 7th day of June, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge