IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
BUTTE DIVISION


FILED
AUG 2 0 2018
Clerk, U S District Court
District Of Montana
Helena

| THE UNITED STATES OF AMERICA, | No. CV 18-21-BU-SEH |
|---|---|
| Plaintiff, | |
| v. | |
| ESTATE OF VESTA FERN ANDERSON; SPENCER N. ANDERSON; and BAXTER RANCH HOLDINGS, LTD.,[1] | ORDER GRANTING MOTION TO STAY PROCEEDINGS |
| Defendants. | |

Before the Court is the parties' Motion to Stay Proceedings. Having considered the motion, and for good cause showing, the motion is GRANTED, and IT IS HEREBY ORDERED that this case is stayed until January 14, 2019, pending the resolution of this matter as described in the parties' motion. IT IS FURTHER ORDERED that the parties shall file a joint status report no later than January 14, 2019, regarding the resolution of this matter.

DATED this 20th day of August, 2018

SAM E. HADDON
United States District Judge