# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF VESTA FERN ANDERSON; SPENCER N. ANDERSON; and BAXTER RANCH HOLDINGS, LTD.,<br><br>Defendants. | No. CV 18-21-BU-SEH<br><br>**ORDER** |

On August 16, 2018, the parties filed a joint Motion to Stay Proceedings.[1] On August 20, 2018, the Court granted the motion staying proceedings and directed the parties to file a status report no later than January 14, 2019.[2]

On January 9, 2019, the parties filed their joint Status Report,[3] requesting the stay be extended further until May 10, 2019.

---

[1] Doc. 19.

[2] Doc. 21.

[3] Doc. 23.

ORDERED:

This case shall remain stayed until May 10, 2019, pending resolution of this matter as described in the parties' Status Report.

FURTHER ORDERED:

The parties shall file a second joint status report no later than May 10, 2019, regarding the resolution of this matter.

DATED this 9th day of January, 2019.

SAM E. HADDON
United States District Judge