FILED

5/7/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF VESTA FERN ANDERSON; SPENCER N. ANDERSON; and BAXTER RANCH HOLDINGS, LTD.,<br><br>Defendants. | No. CV 18-21-BU-SEH<br><br>**ORDER** |

On August 16, 2018, the parties filed a joint Motion to Stay Proceedings.[1]

On August 20, 2018, the Court granted the motion staying proceedings and directed the parties to file a status report no later than January 14, 2019.[2]

On January 9, 2019, the parties filed their joint Status Report,[3] requesting the stay be extended further until May 10, 2019. The Court ordered the case stayed

---

[1] Doc. 19.

[2] Doc. 21.

[3] Doc. 23.

until May 10, 2019, pending resolution of this matter as described in the parties' Status Report, and further ordered that the parties file a second joint status report no later than May 10, 2019.[4]

On May 5, 2019, the parties filed their Second Status Report.[5] In the report, counsel for the Estate stated they had miscalculated the closing date set forth in the Contract. The correct Contract closing date is June 6, 2019. As a result of the miscalculation, counsel seeks to stay the case until at least June 10, 2019.

ORDERED:

This case shall remain stayed until June 10, 2019, pending resolution of this matter as described in the parties' Status Report.[6]

FURTHER ORDERED:

The parties shall file a third joint status report no later than June 10, 2019, regarding the resolution of this matter.

DATED this 7th day of May, 2019.

SAM E. HADDON
United States District Judge

---

[4] Doc. 24.

[5] Doc. 25.

[6] Doc. 23.