FILED
6/10/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF VESTA FERN ANDERSON; SPENCER N. ANDERSON; and BAXTER RANCH HOLDINGS, LTD.<br><br>Defendants. | No. CV 18-21-BU-SEH<br><br>**ORDER** |

The parties, having filed a Stipulation for Dismissal With Prejudice,

ORDERED:

This case is DISMISSED WITH PREJUDICE.

DATED this **10th** day of June, 2019.

*Sam E Haddon*

SAM E. HADDON
United States District Judge